**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICOLE M. PROSA,

                Plaintiff,

    -against-                                  23 **CIVIL** 8852 (GWG)

                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 17, 2024, Prosa's motion (Docket # 13) is granted. Pursuant to 42 U.S.C. § 405(g), this matter is remanded to the Commissioner for further proceedings consistent with the Opinion and Order.

**Dated:**  New York, New York

       September 17, 2024

                                                          **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                          **BY:**      *K. Mango*

                                                      **Deputy Clerk**